The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITIES FOR A HEALTHY BAY,<br><br>Plaintiff,<br><br>v.<br><br>HUSKY TERMINAL and STEVEDORING, LLC,<br><br>Defendant. | Case No. 3:24−cv−05662−BHS<br><br>STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: OCTOBER 29, 2024 |

## **ORDER**

Upon consideration of the Stipulated Motion Extending Time for Defendant to Move, Plead, or otherwise Respond to Plaintiff's Complaint, the Court ORDERS:

The deadline for Defendant to move, plead, or otherwise respond to Plaintiff's Complaint is extended to November 22, 2024.

IT IS SO ORDERED

DATED this 30th day of October, 2024.

_____
The Honorable Benjamin H. Settle
United States District Court Judge

ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR
DEFENDANT TO MOVE, PLEAD, OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 1
3:24−CV−05662−BHS

126533198.2 0083608-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

Presented by:

STOEL RIVES LLP

*/s/ Veronica M. Keithley*
Veronica M. Keithley, WSBA # 52784
veronica.keithley@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7583

*Attorneys for Defendant Husky Terminal
and Stevedoring, LLC*

KAMPMEIER & KNUTSEN, PLLC

*/s/ Emma A.O. Bruden*
Emma A. O. Bruden, WSBA # 56280
emma@kampmeierknutsen.com
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 719-5641

*Attorneys for Plaintiff Communities for a Healthy Bay*

ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR
DEFENDANT TO MOVE, PLEAD, OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 2
3:24−CV−05662−BHS