The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITIES FOR A HEALTHY BAY,<br><br>Plaintiff,<br><br>v.<br><br>HUSKY TERMINAL and STEVEDORING, LLC,<br><br>Defendant. | Case No. 3:24−cv−05662−BHS<br><br>ORDER GRANTING SECOND STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 22, 2024 |

**ORDER**

Upon consideration of the Second Stipulated Motion Extending Time for Defendant to Move, Plead, or otherwise Respond to Plaintiff's Complaint, the Court ORDERS:

The deadline for Defendant to move, plead, or otherwise respond to Plaintiff's Complaint is extended to December 6, 2024.

**IT IS SO ORDERED**

DATED this 22nd day of November, 2024.

The Honorable Benjamin H. Settle
United States District Court Judge

ORDER GRANTING SECOND STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
3:24−CV−05662−BHS

126962125.1 0083608-00001

**STOEL RIVES LLP**
ATTORNEYS
**600 University Street, Suite 3600, Seattle, WA 98101**
*Telephone 206.624.0900*

Presented by:

STOEL RIVES LLP

*s/ Veronica M. Keithley*
Veronica M. Keithley, WSBA # 52784
veronica.keithley@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7583

*Attorneys for Defendant Husky Terminal and Stevedoring, LLC*

KAMPMEIER & KNUTSEN, PLLC

*s/ Emma A.O. Bruden*
Emma A. O. Bruden, WSBA # 56280
emma@kampmeierknutsen.com
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 719-5641

*Attorneys for Plaintiff Communities for a Healthy Bay*

ORDER GRANTING SECOND STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
3:24−CV−05662−BHS

126962125.1 0083608-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*